FILED/REC'D

2026 JUN 18 A 9 49

U.S. ___ ___ ___ OURT
___ ___ ___

# ATTACHMENT 1

# COMPLAINT FORM

### (for non-prisoner filers without lawyers)

## IN THE UNITED STATES DISTRICT COURT

FOR THE  _Western_  DISTRICT OF  _Wisconsin_

(Full name of plaintiff(s))  (HOMS)

_Sir knight$^{130}$ Jacob Helm (International Order Of the Red Cross)_

vs

Case Number:

(Full name of defendant(s))

**26-cv-576-jdp**

_The Madison Public Library (Business)_

(to be supplied by clerk of court)

also, _(En Personam); The Staff Olivia, Thomas_

_Elissa, Steve, Michelle, and its manager as Connected parties._

### A.   PARTIES

1.   Plaintiff is a citizen of  _Wisconsin_  and resides at
                           (State)
_205 Corporate Drive;_
_(General Delivery) Madison, Wisconsin WI 53714_
                           (Address)

(If more than one plaintiff is filing, use another piece of paper).

also; En Personam;
(personally)

2.    Defendant (1) The Madison Public Library (Business)

Elissa, Steve, Michelle, olivia, Thomas, and its
manager as connected parties; Et al?

(Name)

is (if a person or private corporation) a citizen of Wisconsin (Madison) & so the Capital?

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

While I was Studying and doing my International and United States Degrees for an Associates of Counter-Terrorism Studies, at the American Military University Online. I was targeted, persecuted, and obstructed by the aforementioned parties in connection. Michelle asked Security to remove me because I had informed her that I was a US American Military University College Student and International Civilian-Military Special Operator. And therefore she needed to

Attachment One (Complaint) – 2

Persecuting

...y..t targeting and persecuting my self and other former Combatants and veterans. EC She did not wat only would she then face Civilian Civil-Actions in the Courts. Also She and those in connection would potentially face Courts martials, and International Criminal and Military Tribunals.

In response She and the aforementioned library Staff at the Madison Public library had myself further denied and obstructed. They together willfully inhibeted and obstrated my United States and International American Military University Counter-Terrorism College education and had me thrown out into the streets in the Cold rain. Further more I returned the following day and the Targeting, Terror, and persecutions Continued. Further violations of International laws and US laws contdued with their unethical business practices targeting, terrors, and persecutions of a former Combatant, veteran, and Civilian - military neutral non-combatant support specialis(s)? I ehausted all political and diplomatic measures. I informe the staff

there I was to file a federal law suit it exited. Reason did not prevail. So I am ....... aformentioned parties for these reasons and causes.

C.    JURISDICTION

☑    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are)
different from the state citizenship of every defendant, and the amount of
money at stake in this case (not counting interest and costs) is
$_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may
include an award of money or an order telling defendants to do something or
stop doing something.

Sanctions, Injuctive relief, penuncicary
and potentially punitive Compensatory damages
between 2.5 million and 3 million dollars (usD)
Cort Costs, and Attorney Fees @ loadstar.

E.    JURY DEMAND

☑ Jury Demand - I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this __18__ day of __June__ 20_26_ .

Respectfully Submitted,

_Molly_ood / _Ursula_ —Counter terrorism
Division CT/TP log
NSI - DoD - DHS - FBI

Signature of Plaintiff

__1 310 221 7965__

Plaintiff's Telephone Number

__Holly woods Royal Blood 3321@ Hmail.Com__

Plaintiff's Email Address

__(General Delivery)    205 Corporate Drive__

__Madison, WI    53714__

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.